UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 08-09982 |
| | ) | |
| Estate of Kathleen Jean Lewis | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER TO PAY ACCOUNTANT FOR THE FIRST AND FINAL APPLICATION OF COMPENSATION AND EXPENSES**

    This cause coming on to be heard upon the Application of ALAN D. LASKO and ALAN D. LASKO & ASSOCIATES, P.C., Accountant for Trustee, GINA B. KROL, Trustee herein, for the First and Final Application of Compensation and Expenses, due notice having been given to all parties in interest and the Court being fully advised in the premises, NOW THEREFORE:

    IT IS HEREBY ORDERED that GINA B. KROL, Trustee herein, is hereby authorized to pay to ALAN D. LASKO and ALAN D. LASKO & ASSOCIATES, P.C., Certified Public Accountants, the amount of $820.40 as second interim compensation and $19.69 for expenses for the period from March 31, 2014 through April 6, 2014.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  November 14, 2014

**Prepared by:**

Gina B. Krol
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL  60602
(312) 3688-0300