# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LEWIS, KATHLEEN JEAN § Case No. 08-09982 DRC
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/22/2008 . The undersigned trustee was appointed on 04/16/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $   147,031.21

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 28,506.64 |
   | Bank service fees | 244.65 |
   | Other payments to creditors | 106,159.28 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 12,120.64 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/22/2008 and the deadline for filing governmental claims was 10/22/2008 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,601.56 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 10,601.56 , for a total compensation of $ 10,601.56 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 9.70 , for total expenses of $ 9.70 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 05/06/2016                     By: /s/GINA B. KROL
                                            Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 08-09982 | DRC | Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | LEWIS, KATHLEEN JEAN | | | | Date Filed (f) or Converted (c): | 04/22/08 (f) |
| | | | | | 341(a) Meeting Date: | 06/10/08 |
| For Period Ending: | 05/06/16 | | | | Claims Bar Date: | 10/22/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1512 PEACHTREE LANE, LOCKPORT, IL | 220,000.00 | 140,000.00 | | 147,000.00 | FA |
| 2. CASH ON HAND | 160.00 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSITS | 905.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 980.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. IRA | 3,010.00 | 0.00 | | 0.00 | FA |
| 7. TAX REFUND | 1,216.00 | 0.00 | | 0.00 | FA |
| 8. TAX REFUND | 1,300.00 | 0.00 | | 0.00 | FA |
| 9. 2001 FORD MERCURY COUGAR | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. MISC JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Interest Refund (u) | 0.00 | 31.21 | | 31.21 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $232,571.00   $140,031.21   $147,031.21   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Active
PURSUING INTEREST IN REAL ESTATE; ADVERSARY PENDING VS. REDELL (ADV NO 09A 219); TRIAL SET FOR 1/15/10; JUDGMENT ENTERED
BY AGREEMENT ON 1/15/10; EXECUTION STAYED PENDING POSSIBLE SETTLEMENT FOR 45 DAYS; IF NO SETTLEMENT THEN LIQUIDATION BY
SALE OF REAL ESTATE TO FOLLOW; EVICTING OCCUPANT FROM RESIDENCE AND PREPARE TO SELL REAL ESTATE; RETAINED SPECIAL
COUNSEL TO EVICT CO-OWNER OF REAL ESTATE
Successor Trustee to prepare TFR
October 16, 2014, 03:28 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 08-09982   DRC   Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | LEWIS, KATHLEEN JEAN | Date Filed (f) or Converted (c): 04/22/08 (f) |
| | | 341(a) Meeting Date: 06/10/08 |
| | | Claims Bar Date: 10/22/08 |

Occupant evicted. Property pending for sale

Closing of property completed.

Employment of accountant in process for taxes.

Order to Employ Accountant entered 10/11/2013.  Waiting for preparation of tax returns.

closed sale of the house in late 2013.  waitng for accountant to determine taxability of transaction and if so any

amount that might be due.  otherwise final report should be ready by end 4/30/14


Initial Projected Date of Final Report (TFR): 02/28/10      Current Projected Date of Final Report (TFR): 01/31/16


         /s/    GINA B. KROL
_____ Date: 05/06/16
         GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-09982 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | LEWIS, KATHLEEN JEAN | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******8201 Checking Account |
| Taxpayer ID No: | *******2453 | | |
| For Period Ending: | 05/06/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/02/13 | 1 | American National Title Insurance Corp., Escrow Account<br>133 E. 9th Street<br>Lockport, IL 60441 | | | 13,198.80 | | 13,198.80 |
| | | | Memo Amount: 147,000.00<br>Contract sale price | 1110-000 | | | |
| | | | Memo Amount: ( 1,000.00 )<br>Deposit applied to Realtor commission | 3510-000 | | | |
| | | | Memo Amount: ( 1,175.00 )<br>Seller paid owner's policy | 2500-000 | | | |
| | | | Memo Amount: ( 4,729.96 )<br>County taxes from 1/01/2013 - 9/30/2013 | 2820-000 | | | |
| | | | Memo Amount: ( 2,000.00 )<br>Seller closing cost credit | 2500-000 | | | |
| | | | Memo Amount: ( 6,350.00 )<br>Commission paid at settlement | 3510-000 | | | |
| | | | Memo Amount: ( 28.00 )<br>Title services and lender insurance | 2500-000 | | | |
| | | | Memo Amount: ( 50.00 )<br>Seller's CPL fees to First American Title Insurance | 2500-000 | | | |
| | | | Memo Amount: ( 34.75 )<br>Releases Government Recording & transfer charges | 2500-000 | | | |
| | | | Memo Amount: ( 73.50 )<br>City/County tax/stamps | 2820-000 | | | |
| | | | Memo Amount: ( 147.00 )<br>State tax/stamps | 2820-000 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 08-09982 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | LEWIS, KATHLEEN JEAN | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******8201 Checking Account |
| Taxpayer ID No: | *******2453 | | | |
| For Period Ending: | 05/06/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount: ( 600.00 )<br>Attorney fees | 3210-000 | | | |
| | | | Memo Amount: ( 350.00 )<br>Survey to JNT | 2500-000 | | | |
| | | | Memo Amount: ( 22.54 )<br>Water certification reimbursement<br>to Kim Wirtz | 3520-000 | | | |
| | | | Memo Amount: ( 9,660.66 )<br>Nigro, Westfall & Gryska P.C.<br>(Special Counsel) | 3210-000 | | | |
| | | | Memo Amount: ( 1,420.51 )<br>Reimbursement (utilities, water,<br>etc.) to Kim Wirtz | 3520-000 | | | |
| | | | Memo Amount: ( 106,159.28 )<br>Payoff first mortgage to Bank of<br>America, N.A. | 4110-000 | | | |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 19.92 | 13,178.88 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 21.26 | 13,157.62 |
| 12/20/13 | 11 | Bank of America | Refund of mortgage escrow for sale<br>of property located at 1512 Peachtree Lane,<br>Lockport as ordered on August 9, 2013. Refund<br>original sent to Debtor and Debtor signed check<br>over to Trustee. | 1229-002 | | -31.21 | 13,188.83 |
| 12/31/13 | | Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 20.56 | 13,168.27 |

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-09982 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | LEWIS, KATHLEEN JEAN | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******8201  Checking Account |
| Taxpayer ID No: | *******2453 | | |
| For Period Ending: | 05/06/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/14 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 22.62 | 13,145.65 |
| 02/28/14 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 19.16 | 13,126.49 |
| 03/31/14 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 19.81 | 13,106.68 |
| 04/02/14 | 003001 | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14 to 2/10/15<br>             2300-000          $-10.88 | 2300-000 | | 10.88 | 13,095.80 |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 15.68 | 13,080.12 |
| 05/06/14 | | Transfer to Acct #*******0915 | Bank Funds Transfer | 9999-000 | | 13,080.12 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 08-09982 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | LEWIS, KATHLEEN JEAN | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******8201 Checking Account |
| Taxpayer ID No: | *******2453 | | | |
| For Period Ending: | 05/06/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Account *******8201 | Balance Forward | 0.00 | | | |
| | | | 2 | Deposits | 13,198.80 | 1 | Checks | -20.33 |
| | | | 0 | Interest Postings | 0.00 | 7 | Adjustments Out | 139.01 |
| Memo Allocation Receipts: | 147,000.00 | | | | | 1 | Transfers Out | 13,080.12 |
| Memo Allocation Disbursements: | 133,801.20 | | | Subtotal | $ 13,198.80 | | | |
| | | | | | | | Total | $ 13,198.80 |
| Memo Allocation Net: | 13,198.80 | | 0 | Adjustments In | 0.00 | | | |
| | | | 0 | Transfers In | 0.00 | | | |
| | | | | Total | $ 13,198.80 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

| Case No: | 08-09982 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | LEWIS, KATHLEEN JEAN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0915 Checking Account |
| Taxpayer ID No: | *******2453 | | | |
| For Period Ending: | 05/06/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | | Transfer from Acct #*******8201 | Bank Funds Transfer | 9999-000 | 13,080.12 | | 13,080.12 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,070.12 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.43 | 13,050.69 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.78 | 13,031.91 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.38 | 13,012.53 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.35 | 12,993.18 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.70 | 12,974.48 |
| 11/19/14 | 030001 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 820.40 | 12,154.08 |
| 11/19/14 | 030002 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Expenes per Court Order | 3420-000 | | 19.69 | 12,134.39 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 6.93 | 12,127.46 |
| 02/18/16 | 030004 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Acct #10BSBGR6291 | 2300-000 | | 6.82 | 12,120.64 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM2T4

Ver: 19.06

FORM 2

Page: 6
Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-09982 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | LEWIS, KATHLEEN JEAN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0915 Checking Account |
| Taxpayer ID No: | *******2453 | | | |
| For Period Ending: | 05/06/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0915
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 0 | Deposits | 0.00 | 4 Checks 853.84 |
| 0 | Interest Postings | 0.00 | 6 Adjustments Out 105.64 |
| | | | 0 Transfers Out 0.00 |
| | Subtotal | $ 0.00 | |
| | | | Total $ 959.48 |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 13,080.12 | |
| | Total | $ 13,080.12 | |

Memo Allocation Receipts: 0.00
Memo Allocation Disbursements: 0.00

Memo Allocation Net: 0.00

Report Totals
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 2 | Deposits | 13,198.80 | 5 Checks 833.51 |
| 0 | Interest Postings | 0.00 | 13 Adjustments Out 244.65 |
| | | | 1 Transfers Out 13,080.12 |
| | Subtotal | $ 13,198.80 | |
| | | | Total $ 14,158.28 |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 13,080.12 | |
| | Total | $ 26,278.92 | Net Total Balance $ 12,120.64 |

Total Allocation Receipts: 147,000.00
Total Allocation Disbursements: 133,801.20

Total Memo Allocation Net: 13,198.80

/s/   GINA B. KROL
Trustee's Signature: _____   Date: 05/06/16
GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

LFORM2T4

Ver: 19.06

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: May 06, 2016 |
|---|---|---|---|---|---|---|---|

Case Number:  08-09982  
Debtor Name:  LEWIS, KATHLEEN JEAN  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3991-00 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | | $0.00 | $9,601.56 | $9,601.56 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60603 | Administrative | | $0.00 | $1,009.70 | $1,009.70 |
| 001<br>2700-00 | Clerk of US Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 60603 | Administrative | | $0.00 | $250.00 | $250.00 |
| 001<br>2700-00 | Clerk of US Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 60603 | Administrative | | $0.00 | $293.00 | $293.00 |
| 000001<br>070<br>7100-90 | Discover Bank/DFS Service LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $4,801.03 | $4,801.03 |
| 000002<br>070<br>7100-00 | COLLECTION PROF/LASA<br>PO Box 416<br>LA SALLE, IL 61301 | Unsecured | | $0.00 | $400.00 | $400.00 |
| 000003<br>070<br>7100-90 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | Citibank #2581 | $0.00 | $1,100.20 | $1,100.20 |
| 000004<br>070<br>7100-00 | James Lewis<br>7456 Brookiside Drive<br>Hanover Park, IL 60103 | Unsecured | | $0.00 | $3,800.00 | $3,800.00 |
| 000005<br>070<br>7100-00 | James Lewis<br>7456 Brookiside Drive<br>Hanover Park, IL 60103 | Unsecured | | $0.00 | $8,300.00 | $8,300.00 |
| 000006<br>070<br>7100-90 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | Citibank#8391 | $0.00 | $8,507.85 | $8,507.85 |
| 000007<br>080<br>7200-00 | James Lewis<br>7456 Brookiside Drive<br>Hanover Park, IL 60103 | Unsecured | | $0.00 | $5,260.00 | $5,260.00 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | Administrative | | $0.00 | $6.93 | $6.93 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 06, 2016 |
|---|---|---|---|---|---|---|---|
| Case Number: | 08-09982 | | Priority Sequence | | | | |
| Debtor Name: | LEWIS, KATHLEEN JEAN | | | Joint Debtor: | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | | Scheduled | Claimed | Allowed |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | | $0.00 | $6.82 | $6.82 |
| | Case Totals: | | | | $0.00 | $43,337.09 | $43,337.09 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-09982 DRC
Case Name: LEWIS, KATHLEEN JEAN
Trustee Name: GINA B. KROL

Balance on hand $ 12,120.64

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Trustee Expenses: GINA B. KROL | $ 9.70 | $ 0.00 | $ 9.70 |
| Charges: Clerk of US Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: Adams Levine Surety Bond Agency | $ 6.93 | $ 6.93 | $ 0.00 |
| Other: David E. Grochocinski | $ 9,601.56 | $ 0.00 | $ 9,601.56 |
| Other: ADAMS-LEVINE | $ 6.82 | $ 6.82 | $ 0.00 |
| Other: Clerk of US Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |

Total to be paid for chapter 7 administrative expenses $ 11,154.26
Remaining Balance $ 966.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 13)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,909.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/DFS Service LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 4,801.03 | $ 0.00 | $ 172.42 |
| 000002 | COLLECTION PROF/LASA<br>PO Box 416<br>LA SALLE, IL 61301 | $ 400.00 | $ 0.00 | $ 14.37 |
| 000003 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 1,100.20 | $ 0.00 | $ 39.51 |
| 000004 | James Lewis<br>7456 Brookiside Drive<br>Hanover Park, IL 60103 | $ 3,800.00 | $ 0.00 | $ 136.47 |
| 000005 | James Lewis<br>7456 Brookiside Drive<br>Hanover Park, IL 60103 | $ 8,300.00 | $ 0.00 | $ 298.07 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | $ 8,507.85 | $ 0.00 | $ 305.54 |
| | Total to be paid to timely general unsecured creditors | | $ | 966.38 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 5,260.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | James Lewis 7456 Brookiside Drive Hanover Park, IL 60103 | $ 5,260.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*