IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Kathleen Jean Lewis** | ) | No. 08 B 09982 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

TO:   See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on May 20, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                                          BY:/s/ Gina B. Krol
                                                                                    Ch 7 Bankruptcy Trustee

Service List:

Discover Bank/DFS Service, LLC
P.O. Box 3025
New Albany, OH   43054

Collection Prof/Lasa
P.O. Box 416
LaSalle, IL   61301

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC   29603

James Lewis
7456 Brookside Drive
Hanover Park, IL   60103

Midland Credit Management, Inc.
2365 Northside Drive, Ste 300
San Diego, CA   92108

Patrick S Layng
Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Kathleen Jean Lewis
575 Thornhill
Apt #310
Carol Stream, IL   60188

Paul Davis
davies639@comcast.net