# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LEWIS, KATHLEEN JEAN | § | Case No. 08-09982 DRC |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 2,661.00
*(Without deducting any secured claims)*

Assets Exempt: 24,910.00

Total Distributions to Claimants:  107,125.66

Claims Discharged
Without Payment:  157,991.81

Total Expenses of Administration:  39,905.55

3) Total gross receipts of $ 147,031.21  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 147,031.21  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 65,000.00 | $ 106,159.28 | $ 106,159.28 | $ 106,159.28 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 39,905.55 | 39,905.55 | 39,905.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 157,594.11 | 32,169.08 | 32,169.08 | 966.38 |
| **TOTAL DISBURSEMENTS** | $ 222,594.11 | $ 178,233.91 | $ 178,233.91 | $ 147,031.21 |

4)  This case was originally filed under chapter 7 on  04/22/2008 .  The case was pending for 104 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/15/2016                    By:/s/GINA B. KROL
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1512 PEACHTREE LANE, LOCKPORT, IL | 1110-000 | 147,000.00 |
| Interest Refund | 1229-002 | 31.21 |
| **TOTAL GROSS RECEIPTS** | | **$ 147,031.21** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Loans P.O. Box 650070 Dallas, TX 75265 | | 65,000.00 | NA | NA | 0.00 |
| | Payoff first mortgage to Bank of | 4110-000 | NA | 106,159.28 | 106,159.28 | 106,159.28 |
| **TOTAL SECURED CLAIMS** | | | **$ 65,000.00** | **$ 106,159.28** | **$ 106,159.28** | **$ 106,159.28** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| GINA B. KROL | 2200-000 | NA | 9.70 | 9.70 | 9.70 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 6.93 | 6.93 | 6.93 |
| ADAMS-LEVINE | 2300-000 | NA | 6.82 | 6.82 | 6.82 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 10.88 | 10.88 | 10.88 |
| Releases Government Recording & | 2500-000 | NA | 34.75 | 34.75 | 34.75 |
| Seller closing cost credit | 2500-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| Seller paid owner's policy | 2500-000 | NA | 1,175.00 | 1,175.00 | 1,175.00 |
| Seller's CPL fees to First | 2500-000 | NA | 50.00 | 50.00 | 50.00 |
| Survey to JNT | 2500-000 | NA | 350.00 | 350.00 | 350.00 |
| Title services and lender insurance | 2500-000 | NA | 28.00 | 28.00 | 28.00 |
| ASSOCIATED BANK | 2600-000 | NA | 105.64 | 105.64 | 105.64 |
| Green Bank | 2600-000 | NA | 139.01 | 139.01 | 139.01 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 543.00 | 543.00 | 543.00 |
| City/County tax/stamps | 2820-000 | NA | 73.50 | 73.50 | 73.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| County taxes from 1/01/2013 - | 2820-000 | NA | 4,729.96 | 4,729.96 | 4,729.96 |
| State tax/stamps | 2820-000 | NA | 147.00 | 147.00 | 147.00 |
| Attorney fees | 3210-000 | NA | 600.00 | 600.00 | 600.00 |
| Nigro, Westfall & Gryska P.C. | 3210-000 | NA | 9,660.66 | 9,660.66 | 9,660.66 |
| ALAN D. LASKO | 3410-000 | NA | 820.40 | 820.40 | 820.40 |
| ALAN D. LASKO | 3420-000 | NA | 19.69 | 19.69 | 19.69 |
| Commission paid at settlement | 3510-000 | NA | 6,350.00 | 6,350.00 | 6,350.00 |
| Deposit applied to Realtor | 3510-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| Reimbursement (utilities, water, | 3520-000 | NA | 1,420.51 | 1,420.51 | 1,420.51 |
| Water certification reimbursement | 3520-000 | NA | 22.54 | 22.54 | 22.54 |
| DAVID E. GROCHOCINSKI | 3991-000 | NA | 9,601.56 | 9,601.56 | 9,601.56 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 39,905.55 | $ 39,905.55 | $ 39,905.55 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UNPAID TAXES NA, NA | | | | | |
| | 99999 | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALEXIAN BROTHERS 1555 BARRINGTON ROAD HOFFMAN ESTATES, IL 60941 | | 679.00 | NA | NA | 0.00 |
| | ALEXIAN BROTHERS 800 BIESTERFIELD ROAD ELK GROVE VILLAGE, IL 60007 | | 179.00 | NA | NA | 0.00 |
| | AMERICAN CORADIUS INTERNATIONAL LLC 2420 SWEET HOME ROAD SUITE 150 ` AMHERST, NY 14228 | | 500.32 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARROW FINANCIAL SERVICES 5996 WEST TOUHY AVENUE NILES, IL 60714 | | 681.00 | NA | NA | 0.00 |
| | BANK OF AMERICA 1825 E BUCKEYE ROAD PHOENIX, AZ 85034 | | 108.00 | NA | NA | 0.00 |
| | CREDIT PROTECTIONS 14001 N DALLAS PARKWAY SUITE 1050 DALLAS, TX 75240 | | 66.00 | NA | NA | 0.00 |
| | CREDIT PROTECTIONS 14001 N DALLAS PARKWAY SUITE 1050 DALLAS, TX 75240 | | 63.00 | NA | NA | 0.00 |
| | CREDITORS DISCOUNT NO ADDRESS LISTED NA, NA 99999 | | 1,000.00 | NA | NA | 0.00 |
| | Cavalry Portfolio SE 7 Skyline Drive 3RD FLOOR HAWTHORN, NY 10532 | | 17,690.00 | NA | NA | 0.00 |
| | DEPENDON COLLECTION SERVICES 7627 W. LAKE STREET # 210 RIVER FOREST, IL 60305 | | 52.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEPENDON COLLECTION SERVICES 7627 W. LAKE STREET #210 RIVER FOREST, IL 60305 | | 254.00 | NA | NA | 0.00 |
| | DEPENDON COLLECTION SERVICES 7627 W. LAKE STREET #210 RIVER FOREST, IL 60305 | | 180.00 | NA | NA | 0.00 |
| | DEPENDON COLLECTION SERVICES 7627 W. LAKE STREET #210 RIVER FOREST, IL 60305 | | 56.00 | NA | NA | 0.00 |
| | DEPENDON COLLECTION SERVICES 7627 W. LAKE STREET 210 RIVER FOREST, IL 60305 | | 111.00 | NA | NA | 0.00 |
| | DISCOVER BANK P.O. BOX 15316 WILMINGTON, DE 19850 | | 5,163.00 | NA | NA | 0.00 |
| | ENERPRISE RECOVERY SYSTEMS P.O. BOX 8030 WESTCHESTER, IL 60154 | | 189.18 | NA | NA | 0.00 |
| | HARRIS & HARRIS LTD 600 W. JACKSON STREET STE 4 CHICAGO, IL 60630 | | 55.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HARVARD COLLECTION 4839 ELSTON AVENUE CHICAGO, IL 60630 | | 1,642.00 | NA | NA | 0.00 |
| | ILLINOIS COLLECTION SERVICES 3101 W. 95TH STREET EVERGREEN PARK, IL 60805 | | 176.00 | NA | NA | 0.00 |
| | James Lewis 7456 Brookiside Drive HANOVER PARK, IL 60133 | | 1,620.00 | NA | NA | 0.00 |
| | James Lewis 7456 Brookiside Drive Hanover Park, IL 60103 | | 15,000.00 | NA | NA | 0.00 |
| | KCA FINANCIAL 628 NORTH STREET GENEVA, IL 60134 | | 7,301.00 | NA | NA | 0.00 |
| | KCA FINANCIAL 628 NORTH STREET GENEVA, IL 60134 | | 7,089.00 | NA | NA | 0.00 |
| | KCA FINANCIAL 628 NORTH STREET GENEVA, IL 60134 | | 2,780.00 | NA | NA | 0.00 |
| | KCA FINANCIAL 628 NORTH STREET GENEVA, IL 60134 | | 2,288.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | KCA FINANCIAL 628 NORTH STREET GENEVA, IL 60134 | | 2,183.00 | NA | NA | 0.00 |
| | KCA FINANCIAL 628 NORTH STREET GENEVA, IL 60134 | | 1,523.00 | NA | NA | 0.00 |
| | KCA FINANCIAL 628 NORTH STREET GENEVA, IL 60134 | | 679.00 | NA | NA | 0.00 |
| | KCA FINANCIAL 628 NORTH STREET GENEVA, IL 60134 | | 484.00 | NA | NA | 0.00 |
| | KCA FINANCIAL 628 NORTH STREET GENEVA, IL 60134 | | 181.00 | NA | NA | 0.00 |
| | MEA MEDICAL CARE CENTERS DEPT 20-6007 P.O. BOX 5990 CAROL STREAM, IL 60197 | | 195.00 | NA | NA | 0.00 |
| | MEA MEDICAL CARE CENTERS DEPT 20-6007 P.O. BOX 5990 CAROL STREAM, IL 60197 | | 164.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MIDLAND FUNDING LLC 5575 ROSCOE COURT SAN DIEGO, CA 91823 | | 7,835.00 | NA | NA | 0.00 |
| | MILLENIUM CREDIT CON 149 E. THOMPSON AVENUE #212 WEST SAINT PAUL, MN 55118 | | 551.00 | NA | NA | 0.00 |
| | MOHAMMED A HADI MD 8 N. BARRINGTON ROAD STREAMWOOD, IL 60107 | | 130.74 | NA | NA | 0.00 |
| | MRSI NO ADDRESS LISTED/UNKNOWN NA, NA 99999 | | 336.00 | NA | NA | 0.00 |
| | N/A CREDITOR INFO NOT LISTED N/A N/A, NA 99999 | | 165.00 | NA | NA | 0.00 |
| | N/A CREDITOR INFO NOT LISTED N/A N/A, NA 99999 | | 132.00 | NA | NA | 0.00 |
| | N/A CREDITOR INFO NOT LISTED N/A N/A, NA 99999 | | 129.00 | NA | NA | 0.00 |
| | N/A CREDITOR INFO NOT LISTED N/A N/A, NA 99999 | | 127.00 | NA | NA | 0.00 |
| | N/A CREDITOR INFO NOT LISTED NA NA, NA 99999 | | 96.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO FIN/22 ....AKA NCOGROUP? 507 PRUDENTIAL ROAD HORSHAM, PA 19044 | | 257.00 | NA | NA | 0.00 |
| | NCO-MEDCLR P.O BOX 8547 PHILADELPHIA, PA 19101 | | 733.00 | NA | NA | 0.00 |
| | NCO-MEDCLR P.O BOX 8547 PHILADELPHIA, PA 19101 | | 615.00 | NA | NA | 0.00 |
| | NCO-MEDCLR P.O BOX 8547 PHILADELPHIA, PA 19101 | | 443.00 | NA | NA | 0.00 |
| | NCO-MEDCLR P.O BOX 8547 PHILADELPHIA, PA 19101 | | 422.00 | NA | NA | 0.00 |
| | NCO-MEDCLR P.O BOX 8547 PHILADELPHIA, PA 19101 | | 302.00 | NA | NA | 0.00 |
| | NCO-MEDCLR P.O BOX 8547 PHILADELPHIA, PA 19101 | | 288.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NON WAGE GARNISHMENT NA NA, NA 99999 | | 800.00 | NA | NA | 0.00 |
| | NORTHLAND GROUP INC P.O. BOX 390846 EDINA, MN 55349 | | 1,946.87 | NA | NA | 0.00 |
| | NORTHWEST COLLECTORS 3601 ALGONQUIN ROAD SUITE 232 ROLLING MEADOWS, IL 60008 | | 40.00 | NA | NA | 0.00 |
| | NORTHWEST COLLECTORS 3601 ALGONQUIN ROAD SUITE 50 ROLLING MEADOWS, IL 60008 | | 333.00 | NA | NA | 0.00 |
| | PALISADES 210 SYLVAN AVENUE ENGLEWOOD CLIFFS, NJ 07632 | | 610.00 | NA | NA | 0.00 |
| | PINNACLE CREDIT SERVICES 7900 HIGHWAY 7 #100 SAINT LOUIS PARK, MN 55426 | | 2,273.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RADIOLOGIST CONSULTANT OF WOODSTOCK 36311 TREASURY CENTER CHICAGO, IL 60694 | | 87.00 | NA | NA | 0.00 |
| | RJM ACQ LLC (PLEASE REVIEW) NO ADDRESS LISTED NA, NA 99999 | | 434.00 | NA | NA | 0.00 |
| | Redell, Frederick 1512 Peachtree Lane Lockport, IL 60441-4544 | | 0.00 | NA | NA | 0.00 |
| | UNIFUND CCR PARTNERS 11802 Conrey Road Cincinnati, OH 45242 | | 8,561.00 | NA | NA | 0.00 |
| | Unifund 10751 Montgomery Road Cincinnati, OH 45242 | | 18,614.00 | NA | NA | 0.00 |
| | Unifund 10751 Montgomery Road Cincinnati, OH 45242 | | 10,197.00 | NA | NA | 0.00 |
| 000002 | COLLECTION PROF/LASA | 7100-000 | 419.00 | 400.00 | 400.00 | 14.37 |
| 000004 | JAMES LEWIS | 7100-000 | 3,000.00 | 3,800.00 | 3,800.00 | 136.47 |
| 000005 | JAMES LEWIS | 7100-000 | 10,000.00 | 8,300.00 | 8,300.00 | 298.07 |
| 000001 | DISCOVER BANK/DFS SERVICE LLC | 7100-900 | 4,801.00 | 4,801.03 | 4,801.03 | 172.42 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | LVNV FUNDING LLC | 7100-900 | 1,077.00 | 1,100.20 | 1,100.20 | 39.51 |
| 000006 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-901 | 8,508.00 | 8,507.85 | 8,507.85 | 305.54 |
| 000007 | JAMES LEWIS | 7200-000 | 3,000.00 | 5,260.00 | 5,260.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 157,594.11 | $ 32,169.08 | $ 32,169.08 | $ 966.38 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | |
|---|---|
| Case No: | 08-09982   DRC   Judge: Donald R. Cassling |
| Case Name: | LEWIS, KATHLEEN JEAN |
| For Period Ending: | 11/15/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 04/22/08 (f) |
| 341(a) Meeting Date: | 06/10/08 |
| Claims Bar Date: | 10/22/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 1512 PEACHTREE LANE, LOCKPORT, IL | 220,000.00 | 140,000.00 | | 147,000.00 | FA |
| 2. CASH ON HAND | 160.00 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSITS | 905.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 980.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. IRA | 3,010.00 | 0.00 | | 0.00 | FA |
| 7. TAX REFUND | 1,216.00 | 0.00 | | 0.00 | FA |
| 8. TAX REFUND | 1,300.00 | 0.00 | | 0.00 | FA |
| 9. 2001 FORD MERCURY COUGAR | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. MISC JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Interest Refund (u) | 0.00 | 31.21 | | 31.21 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $232,571.00 | $140,031.21 | $147,031.21 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Distribution made on 7/22/16 awaiting clearance of checks; TDR to follow

October 11, 2016, 12:11 pm

Final hearing set for 7/22/16

Tee submitted TFR to US Tee May 06, 2016, 10:44 am

Active

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-09982   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | LEWIS, KATHLEEN JEAN | Date Filed (f) or Converted (c): | 04/22/08 (f) |
| | | 341(a) Meeting Date: | 06/10/08 |
| | | Claims Bar Date: | 10/22/08 |

PURSUING INTEREST IN REAL ESTATE; ADVERSARY PENDING VS. REDELL (ADV NO 09A 219); TRIAL SET FOR 1/15/10; JUDGMENT ENTERED
BY AGREEMENT ON 1/15/10; EXECUTION STAYED PENDING POSSIBLE SETTLEMENT FOR 45 DAYS; IF NO SETTLEMENT THEN LIQUIDATION BY
SALE OF REAL ESTATE TO FOLLOW; EVICTING OCCUPANT FROM RESIDENCE AND PREPARE TO SELL REAL ESTATE; RETAINED SPECIAL
COUNSEL TO EVICT CO-OWNER OF REAL ESTATE

Successor Trustee to prepare TFR

October 16, 2014, 03:28 pm


Occupant evicted. Property pending for sale

Closing of property completed.

Employment of accountant in process for taxes.

Order to Employ Accountant entered 10/11/2013.  Waiting for preparation of tax returns.

closed sale of the house in late 2013.  waitng for accountant to determine taxability of transaction and if so any

amount that might be due.  otherwise final report should be ready by end 4/30/14


Initial Projected Date of Final Report (TFR): 02/28/10      Current Projected Date of Final Report (TFR): 01/31/16


/s/    GINA B. KROL
_____   Date: 11/15/16
GINA B. KROL

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-09982 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | LEWIS, KATHLEEN JEAN | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******8201 Checking Account |
| Taxpayer ID No: | *******2453 | | |
| For Period Ending: | 11/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/02/13 | | American National Title Insurance Corp., Escrow Account<br>133 E. 9th Street<br>Lockport, IL 60441 | | | 13,198.80 | | 13,198.80 |
| | 1 | | Memo Amount: 147,000.00<br>Contract sale price | 1110-000 | | | |
| | | | Memo Amount: ( 1,000.00 )<br>Deposit applied to Realtor commission | 3510-000 | | | |
| | | | Memo Amount: ( 1,175.00 )<br>Seller paid owner's policy | 2500-000 | | | |
| | | | Memo Amount: ( 4,729.96 )<br>County taxes from 1/01/2013 - 9/30/2013 | 2820-000 | | | |
| | | | Memo Amount: ( 2,000.00 )<br>Seller closing cost credit | 2500-000 | | | |
| | | | Memo Amount: ( 6,350.00 )<br>Commission paid at settlement | 3510-000 | | | |
| | | | Memo Amount: ( 28.00 )<br>Title services and lender insurance | 2500-000 | | | |
| | | | Memo Amount: ( 50.00 )<br>Seller's CPL fees to First American Title Insurance | 2500-000 | | | |
| | | | Memo Amount: ( 34.75 )<br>Releases Government Recording & transfer charges | 2500-000 | | | |
| | | | Memo Amount: ( 73.50 )<br>City/County tax/stamps | 2820-000 | | | |

| | Page Subtotals | 13,198.80 | 0.00 |
|---|---|---|---|

Ver: 19.06b

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        08-09982  -DRC
Case Name:    LEWIS, KATHLEEN JEAN

Trustee Name:              GINA B. KROL
Bank Name:                 Green Bank
Account Number / CD #:    *******8201  Checking Account

Taxpayer ID No:   *******2453
For Period Ending:   11/15/16

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount:       (       147.00 ) | 2820-000 | | | |
| | | | State tax/stamps | | | | |
| | | | Memo Amount:       (       600.00 ) | 3210-000 | | | |
| | | | Attorney fees | | | | |
| | | | Memo Amount:       (       350.00 ) | 2500-000 | | | |
| | | | Survey to JNT | | | | |
| | | | Memo Amount:       (       22.54 ) | 3520-000 | | | |
| | | | Water certification reimbursement to Kim Wirtz | | | | |
| | | | Memo Amount:       (       9,660.66 ) | 3210-000 | | | |
| | | | Nigro, Westfall & Gryska P.C. (Special Counsel) | | | | |
| | | | Memo Amount:       (       1,420.51 ) | 3520-000 | | | |
| | | | Reimbursement (utilities, water, etc.) to Kim Wirtz | | | | |
| | | | Memo Amount:       (       106,159.28 ) | 4110-000 | | | |
| | | | Payoff first mortgage to Bank of America, N.A. | | | | |
| 10/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 19.92 | 13,178.88 |
| 11/29/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 21.26 | 13,157.62 |
| 12/20/13 | 11 | Bank of America | Refund of mortgage escrow for sale of property located at 1512 Peachtree Lane, Lockport as ordered on August 9, 2013. Refund original sent to Debtor and Debtor signed check over to Trustee. | 1229-002 | | -31.21 | 13,188.83 |

Page Subtotals          0.00          9.97

Ver: 19.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

Case No:          08-09982  -DRC
Case Name:     LEWIS, KATHLEEN JEAN

Taxpayer ID No: *******2453
For Period Ending: 11/15/16

Trustee Name:          GINA B. KROL
Bank Name:              Green Bank
Account Number / CD #:   *******8201  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 20.56 | 13,168.27 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 22.62 | 13,145.65 |
| 02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 19.16 | 13,126.49 |
| 03/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 19.81 | 13,106.68 |
| 04/02/14 | 003001 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14<br>to 2/10/15<br>      2300-000    $-10.88 | 2300-000 | | 10.88 | 13,095.80 |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 15.68 | 13,080.12 |
| 05/06/14 | | Transfer to Acct #*******0915 | Bank Funds Transfer | 9999-000 | | 13,080.12 | 0.00 |

Page Subtotals           0.00          13,188.83

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| | |
|---|---|
| Case No: | 08-09982  -DRC |
| Case Name: | LEWIS, KATHLEEN JEAN |
| | |
| Taxpayer ID No: | *******2453 |
| For Period Ending: | 11/15/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******8201  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 147,000.00 | COLUMN TOTALS | | 13,198.80 | 13,198.80 | 0.00 |
| Memo Allocation Disbursements: | 133,801.20 | Less:  Bank Transfers/CD's | | 0.00 | 13,080.12 | |
| | | Subtotal | | 13,198.80 | 118.68 | |
| Memo Allocation Net: | 13,198.80 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 13,198.80 | 118.68 | |

Page Subtotals                    0.00                    0.00

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

FORM 2   Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-09982 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | LEWIS, KATHLEEN JEAN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0915  Checking Account |
| Taxpayer ID No: | *******2453 | | |
| For Period Ending: | 11/15/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | | Transfer from Acct #*******8201 | Bank Funds Transfer | 9999-000 | 13,080.12 | | 13,080.12 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,070.12 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.43 | 13,050.69 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.78 | 13,031.91 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.38 | 13,012.53 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.35 | 12,993.18 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.70 | 12,974.48 |
| 11/19/14 | 030001 | Alan D. Lasko 29 S. LaSalle Street Suite 1240 Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 820.40 | 12,154.08 |
| 11/19/14 | 030002 | Alan D. Lasko 29 S. LaSalle Street Suite 1240 Chicago, IL 60603 | Accountant Expenes per Court Order | 3420-000 | | 19.69 | 12,134.39 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency 60 E. 42nd Street Room 965 New York, NY  10165 | | 2300-000 | | 6.93 | 12,127.46 |
| 02/18/16 | 030004 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 6.82 | 12,120.64 |
| 07/22/16 | 030005 | Gina B. Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60603 | Final Distribution Trustee Fees | | | 1,009.70 | 11,110.94 |
| | | | Fees          1,000.00 | 2100-000 | | | |
| | | | Expenses          9.70 | 2200-000 | | | |

Page Subtotals  13,080.12  1,969.18

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   6

Exhibit 9

| Case No: | 08-09982 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | LEWIS, KATHLEEN JEAN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0915  Checking Account |
| Taxpayer ID No: | *******2453 | | |
| For Period Ending: | 11/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 07/22/16 | 030006 | Clerk of US Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 60603 | Final Distribution<br>Filing Fee 09-00219 | 2700-000 | | 250.00 | 10,860.94 |
| | 07/22/16 | 030007 | Clerk of US Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 60603 | Final Distribution<br>Filing Fee 13-00280 | 2700-000 | | 293.00 | 10,567.94 |
| | 07/22/16 | 030008 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Final Distribution | 3991-000 | | 9,601.56 | 966.38 |
| | 07/22/16 | 030009 | COLLECTION PROF/LASA<br>PO Box 416<br>LA SALLE, IL 61301 | Final Distribution<br>(2-1) Modified to correct<br>creditor's address (Modified on 8/18/2008) | 7100-000 | | 14.37 | 952.01 |
| | 07/22/16 | 030010 | James Lewis<br>7456 Brookiside Drive<br>Hanover Park, IL 60103 | Final Distribution | 7100-000 | | 136.47 | 815.54 |
| | 07/22/16 | 030011 | James Lewis<br>7456 Brookiside Drive<br>Hanover Park, IL 60103 | Final Distribution | 7100-000 | | 298.07 | 517.47 |
| | 07/22/16 | 030012 | Discover Bank/DFS Service LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 172.42 | 345.05 |
| | 07/22/16 | 030013 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Final Distribution | 7100-900 | | 39.51 | 305.54 |
| * | 07/22/16 | 030014 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Final Distribution | 7100-903 | | 305.54 | 0.00 |

Page Subtotals          0.00          11,110.94

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 23)*

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          08-09982  -DRC
Case Name:        LEWIS, KATHLEEN JEAN

Trustee Name:     GINA B. KROL
Bank Name:        ASSOCIATED BANK
Account Number / CD #:   *******0915  Checking Account

Taxpayer ID No:   *******2453
For Period Ending: 11/15/16

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/25/16 | 030014 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Final Distribution | 7100-903 | | -305.54 | 305.54 |
| 10/25/16 | 030015 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL  60604 | Final Distribution | 7100-901 | | 305.54 | 0.00 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 13,080.12 | 13,080.12 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | 13,080.12 | 0.00 | |
| | | | Subtotal | 0.00 | 13,080.12 | |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 13,080.12 | |

|  | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 147,000.00 | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 133,801.20 | TOTAL - ALL ACCOUNTS | | | |
| | | Checking Account - *******8201 | 13,198.80 | 118.68 | 0.00 |
| Total Memo Allocation Net: | 13,198.80 | Checking Account - *******0915 | 0.00 | 13,080.12 | 0.00 |
| | | | ------------------------ | ------------------------ | ------------------------ |
| | | | 13,198.80 | 13,198.80 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

Ver: 19.06b